

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MICHAEL K. GERTZER<br>Senior Counsel<br>E-mail: mgertzer@law.nyc.gov<br>Phone: (212) 356-2654<br>Fax: (212) 356-3509 |

May 23, 2016

**BY ECF**
The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   Lilya Pilipenko, et al. v. City of New York, et al.,
              15 Civ. 6053 (NG)(PK)

Your Honor:

      Pursuant to your Honor's direction, the following will serve to update the Court on the status of the investigation file of the incident.

      Defendants have already produced the bulk of the file. The remaining items—a recording of the interview of one of the subject officers, as well as the IAB call out documents—have been provided to this office and are presently being copied. We expect to produce these items within the next couple of days

      Thank you for your consideration herein.

                                              Respectfully submitted,

                                              Michael K. Gertzer
                                              Senior Counsel

cc:     (all parties) Via ECF