UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

LILYA PILIPENKO and BORIS VOLCHKIN,
individually, and as administrators of the estate of DENIS
VOLCHKIN,

|  |  |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | 15-cv-6053 (NG)(PK) |

CITY OF NEW YORK; Police Officer RICHARD
MOORE, Shield No. 26107; Police Officer KRZYSTOF
KONCEWICZ, Shield No. 19305; Sergeant KAIYUEN
LEUNG, Shield No. 1848; Police Officer YEVGENIY
IVANKOVSKY, Shield No. 26285; Police Officer CRAIG
MELAMED, Shield No. 10938; NICHOLAS FELIX,
Shield No. 27048; MICHAEL SPESSARD, Shield No.
2036; and JOHN and JANE DOE 1 through 10,
individually and in their official capacities (the names John
and Jane Doe being fictitious, as the true names are
presently unknown),

Defendants.

------------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Philip S. Frank**, Senior Counsel, hereby appears as

counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter,

attorney for defendants City of New York, Richard Moore, Krzystof Koncewicz, Kaiyuen Leung,

Yevgeniy Ivankovskiy, Craig Melamed, Michael Spessard, and Nicholas Felix.  All future notifications

should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:       New York, New York
               January 5, 2017

                      ZACHARY W. CARTER
                      Corporation Counsel of the
                       City of New York
                      *Attorney for Defendants City of New York, Richard Moore,*
                      *Krzystof Koncewicz, Kaiyuen Leung, Yevgeniy Ivankovskiy,*
                      *Craig Melamed, Nicholas Felix and Michael Spessard*
                      100 Church Street
                      New York, New York 10007
                      (212) 356-2370

                By:                /s/
                    Philip S. Frank