

| | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **PHILIP S. FRANK**<br>Senior Counsel<br>E-mail: pfrank@law.nyc.gov<br>Phone: (212) 356-2370<br>Fax: (212) 356-3509 |

March 21, 2017

**BY ECF**
The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    <u>Lilya Pilipenko, et al. v. City of New York, et al.</u>, 15 Civ. 6053 (NG) (PK)

Your Honor:

        I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter on behalf of defendants City of New York, Richard Moore, Krzystof Koncewicz, Kaiyuen Leung, Yevgeniy Ivankovskiy, Craig Melamed, Nicholas Felix and Michael Spessard.  Defendants write to respectfully request that the letter application filed under Docket Entry No. 48 be withdrawn as duplicative of Docket Entry No. 49.  Due to a clerical error, the undersigned filed Docket Entry No. 48 under seal and therefore filed the duplicative letter request for an extension of time under Docket Entry No. 49, not under seal.  Defendants apologize to the Court for any inconvenience this may have caused.

        Defendants thank the Court for its time and consideration of the within request.

        Respectfully submitted,

        /s/

        Philip S. Frank
        Senior Counsel

cc:    (all parties) Via ECF