UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| LILYA PILIPENKO and BORIS VOLCHKIN, individually, and as administrators of the estate of DENIS VOLCHKIN, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Plaintiff, | 15 CV 6053 (NG)(PK) |
| -against- | |
| CITY OF NEW YORK, *et al.*, | |
| Defendants. | |

------------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Philip Frank, Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants City of New York, Richard Moore, Krzystof Koncewicz, Kaiyuen Leung, Yevgeniy Ivankovskiy, Craig Melamed, Nicholas Felix and Michael Spessard in this case:

      **Karl J. Ashanti, Esq.**
      Senior Counsel
      New York City Law Department
      100 Church Street, Room 3-199
      New York, NY 10007
      (212) 356-2371
      kashanti@law.nyc.gov

From this date forward, please serve all pleadings on the attorney for defendants at the addresses set forth above, and please <u>remove</u> Philip Frank as counsel of record.

Dated:      New York, New York
            March 22, 2017

                                                ZACHARY W. CARTER
                                                Corporation Counsel of the City of New York
                                                *Attorney for Defendants*
                                                        /s/
                              By: _____
                                                Karl J. Ashanti, Esq.
                                                Senior Counsel
                                                Special Federal Litigation Division
                                                New York City Law Department
                                                100 Church Street
                                                New York, New York 10007
                                                212.356.2371

cc:     <u>BY ECF</u>
        Gabriel Harvis, Esq.
        *Attorney for Plaintiff*