# Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

May 3, 2017

<u>By ECF To:</u>
The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>Liliya Pilipenko, et al. v. City of New York, et al.</u>; 15 Civ. 6053 (NG)(PK)

Dear Judge Kuo:

  I am co-counsel for the Plaintiffs in the above-captioned case. Per the off-record discussion between the parties and the Court during today's telephonic settlement conference, the parties write to jointly respectfully request that the Court "so order" the below adjusted deposition schedule:

  Police Officer Krzystof Koncewicz: May 23, 2017

  Sergeant Kaiyuen Leung: May 25, 2017

  Liliya Pilipenko: May 31, 2017

  Boris Volchkin: June 5, 2017

  Police Officer Michael Spessard: June 6, 2017

  Police Officer Craig Malamed: June 7, 2017

  Police Officer Yevgeniy Iankovskiy: June 14, 2017

  Police Officer Nicholas Felix: June 16, 2017

  Municipal 30(b)(6) Witness: June 20, 2017

We thank the Court for its consideration in this matter.

Respectfully submitted,

/S/

Jeffrey A. Rothman