FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 21 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

LILYA PILIPENKO and BORIS VOLCHKIN, individually, and as administrators of the estate of DENIS VOLCHKIN,

                                                 Plaintiffs,

                  -against-

CITY OF NEW YORK; Police Officer RICHARD MOORE, Shield No. 26107; Police Officer KRZYSTOF KONCEWICZ, Shield No. 19305; Sergeant KAIYUEN LEUNG, Shield No. 1848; Police Officer YEVGENIY IVANKOVSKY, Shield No. 26285; Police Officer CRAIG MELAMED, Shield No. 10938; NICHOLAS FELIX, Shield No. 27048; MICHAEL SPESSARD, Shield No. 2036; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                              Defendants.
--------------------------------------------------------------------- x

STIPULATION AND
ORDER OF DISMISSAL

15 CV 6053 (NG)(PK)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       July 5      , 2017

| | |
|---|---|
| HARVIS & FETT, LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, NY 10007<br>(212) 323-6880 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Moore, Koncewicz, Leung, Ivankovskiy,*<br>  *Melamed, Felix, and Spessard*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *Gabriel P. Harvis*<br>    Gabriel Harvis, Esq.<br>    *Attorney for Plaintiff* | By: _____<br>    Karl J. Ashanti, Esq.<br>    *Senior Counsel* |

SO ORDERED:

s/ Nina Gershon
HON. NINA GERSHON
UNITED STATES DISTRICT JUDGE

Dated: July 20 , 2017