UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

LILYA PILIPENKO and BORIS VOLCHKIN,                    **NOTICE OF APPEARANCE**
individually and as Administrators of the Estate of
DENNIS VOLCHKIN,                                       15-CV-6053 (NG) (PK)

                                        Plaintiffs,

                 -against-

THE CITY OF NEW YORK, et al.,

                                        Defendants.

---------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

defendant City of New York, and requests that all future papers in this action be served upon the

undersigned at the address stated below.

Dated:        New York, New York
              March 26, 2018


                              ZACHARY W. CARTER
                              Corporation Counsel of the
                                City of New York
                              Attorney for Defendant
                              100 Church Street
                              New York, New York 10007
                              (212) 356-2641


                         By: _____/s/_____
                              Arthur G. Larkin, Esq.
                              Senior Counsel

TO:     All Counsel
        (By ECF)